Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
CLEAR COUNSEL LAW GROUP
1671 W. Horizon Ridge Pkwy, Suite 200
Henderson, NV 89012
(702) 476-5900, Telephone
(702) 508-9393, Facsimile
jared@clearcounsel.com
dustin@clearcounsel.com
*Attorneys for Plaintiff*
*Jesus Andres Medina*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ANDRES MEDINA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA ex rel<br>UNITED STATES POSTAL SERVICE,<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-00538-MMD-WGC |

## **SUBSTITUTION OF ATTORNEYS**

The undersigned hereby agrees to JARED R. RICHARDS, ESQ. and DUSTIN E. BIRCH, ESQ., and the law firm of CLEAR COUNSEL LAW GROUP, being submitted as attorneys for Plaintiff, JESUS ANDRES MEDINA, in the place and stead of CHRISTIAN Z. SMITH, ESQ., and the law firm of RICHARD HARRIS LAW FIRM.

DATED this 4th day of ~~April~~ May 2020.

BY: *Jesus Andred Medina*
　　JESUS ANDRES MEDINA, Plaintiff

The undersigned hereby agrees to JARED R. RICHARDS, ESQ. and DUSTIN E, BIRCH, ESQ., and the law firm of CLEAR COUNSEL LAW GROUP, being submitted as

///

///

attorney for Plaintiff, JESUS ANDRES MEDINA, in the place and stead of CHRISTIAN Z. SMITH, ESQ., and the law firm of RICHARD HARRIS LAW FIRM.

DATED this 4th (Apr 29, 2020) day of April / May 2020.

CLEAR COUNSEL LAW GROUP

BY: Dustin E. Birch
Jared R. Richards, Esq.
Nevada Bar No. 11254
Dustin E. Birch, Esq.
Nevada Bar No. 10517
1671 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
702-476-5900

DATED this 29 (Apr 29, 20) day of April 2020.

RICHARD HARRIS LAW FIRM

BY: Christian Z. Smith, Esq.
Christian Z. Smith, Esq..
Nevada Bar No. 8266
801 S. Fourth Street
Las Vegas, NV 89101
702-444-4444

**IT IS SO ORDERED.**

**DATED:** May 5, 2020

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing SUBSTITUTION OF ATTORNEYS was submitted electronically for filing and/or service with the United States District Court, District of Nevada on the  4th  day of ~~April~~ May 2020. Electronic Service of the foregoing document shall be made in accordance with the E-Service List as follows:

| | |
|---|---|
| Christian Z. Smith | christian@richardharrislaw.com |
| | icela@richardharrislaw.com |
| Holly A. Vance | Holly.A.Vance@usdoj.gov |
| | CaseView.ECF@usdog.gov |
| | Christi.dyer@usdoj.gov |
| | Eunice.jones@usdoj.gov |
| | Jenni.olaskey@usdoj.gov |

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

N/A

Terri D. Szostek
_____
An employee of Clear Counsel Law Group