CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
400 S. Virginia Street, Suite 900
Reno, NV 89504
775-784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ANDRES MEDINA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:19-cv-00538-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney fees.

DATED: December 10, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br>/s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney | CLEAR COUNSEL LAW GROUP<br><br><br>/s/ Dustin Birch<br>DUSTIN BIRCH<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

The stipulation of the parties to dismiss this action with prejudice is GRANTED.

DATED this 13th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE